IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEANETTE S. HALE                                                                                      PLAINTIFF

vs.                                            Civil No. 2:15-cv-02206

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand Plaintiff's case to the SSA for a calculation of benefits on behalf of Plaintiff beginning with an onset date of March 17, 2010.

**IT IS SO ORDERED this 25th day of October 2016.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE